# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:

JULIO C. ORTIZ

_____Debtor_____/

Case No: 12-24913-LMI
Chapter 13

## MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY (NON-HOMESTEAD PROPERTY)

### IMPORTANT NOTICE TO CREDITORS:
### THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1.      Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3, the debtor seeks to value real property securing the claim of NationStar Mortgage  (Loan No:XXXXX9996 ) (the "Lender").  Lender holds a mortgage recorded at OR Book 16316-12968 in the official records of Miami-Dade County, Florida.

2.      The real property is located at 2501 NW 26TH Street, Unit 1314, Miami, FL 33142, and is more particularly described as follows:

Melrose Townhouse Condo Unit 1314 Bldg 13 Undiv 1/150 Int in Common Elements off rec 16316-1293 COC 26394-0999 05 2008 5

3.      At the time of the filing of this case, the value of the real property is $60,000.00 as determined by a private appraisal.

4.      NationStar Mortgage (Loan No: XXXXX9996) hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $198,072.00.

5.    *(Select only one):*

___    Lender's collateral consists solely of the debtor's principal residence.  As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

__X__    Lender's collateral is not solely the debtor's principal residence.  After payment in full of the claims secured by liens senior to that of Lender, there is equity of $0.00 remaining in the real property.  Accordingly, the value of Lender's secured interest in the real property is $ 60,000.00 and the value of the Lender's unsecured, deficiency claim is $138,072.00 .

6.    The undersigned reviewed the docket and claims register and states (select only one):

__X__    Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

or

_____    Lender has filed a proof of claim in this case.  It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7.    The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtor respectfully requests an order of the Court  (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

## NOTICE IS HEREBY GIVEN THAT:

**1.**    In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at or before the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court.  Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

LF-77 (rev. 01/08/10)                    Παγε 2 οφ 3

2.     The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**CERTIFICATE OF SERVICE *AND COMPLIANCE***
***WITH LOCAL RULES 3015-3(A)(1) AND 9073-1(D)***

I hereby certify that a copy of this Motion and Notice of Hearing and the clerk's "Notice of Chapter 13 Bankruptcy Case" and chapter 13 plan was served pursuant to Bankruptcy Rule 7004 on the chapter 13 trustee and the following affected parties on this 20th day of June 2012.

Nancy Herkert, Trustee

NationStar Mortgage, LLC
c/o Anthony Barone, CEO
350 Highland Dr.
Lewisville, TX 75067

Submitted By:


/s/ Alejandro Sixto, P.A.
Alejandro Sixto, Esq.
234 E 49 Street
Hialeah, FL 33013
Tel: (305) 558-0460
Fl Bar No. 653756

NationStar Mortgage, LLC
Corporation Service Co, R.A.
1201 Hays Street
Tallahassee, FL 32301-2525



**APPRAISAL OF REAL PROPERTY**

**LOCATED AT:**
2501 NW 28th St
Melrose Townhomes Condo Unit 1314 Undiv 1/150 Int in Common Elements
Miami, FL 33142

**FOR:**
Germania Ortiz
N/A

**AS OF:**
06/15/2012

**BY:**
Jorge M Barreto

## Individual Condominium Unit Appraisal Report

File # 201206-2501-1314B

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 2501 NW 26th St | Unit # 1314 City Miami State FL Zip Code 33142 |
| Borrower N/A | Owner of Public Record Julio Ortiz & Germania Ortiz County Miami-Dade |
| Legal Description Melrose Townhomes Condo Unit 1314 Undiv 1/150 Int in Common Elements | |
| Assessor's Parcel # 01-3127-107-0900 | Tax Year 2011 R.E. Taxes $ 1,381 |
| Project Name Melrose | Phase # 1 Map Reference 53-41-27 Census Tract 0024.02 |
| Occupant ☐ Owner ☒ Tenant ☐ Vacant | Special Assessments $ 0 HOA $ 142 ☐ per year ☒ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Ascertain Market Value | |
| Lender/Client Germania Ortiz Address N/A | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). Isc Net, Mls and Public Records. The subject property has not been offered for sale in the past 12 months.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

**CONTRACT**

Contract Price $ Date of Contract Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

**NEIGHBORHOOD**

| Neighborhood Characteristics | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 60 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☐ In Balance ☒ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 20 Low | 1 | Multi-Family | 25 % |
| Neighborhood Boundaries The subject is bound To the North by W SR-112, to the South by SR-836, to | | | | 325 High | 87 | Commercial | 10 % |
| the East by NW 22nd Avenue and to the West by NW 37th Avenue. | | | | 62 Pred. | 25 | Other | 5 % |

Neighborhood Description The subject property is located on a residential area primarily made up of single family, townhomes and condominium buildings similar to the subject's, built in the 1980's and 1990's predominantly. The area provides the typical and convenient amenities to the subject. Unemployment rates has been relatively stable along the past 12 months, but still on above the normal average.

Market Conditions (including support for the above conclusions) See attached addenda.

**PROJECT SITE**

| | |
|---|---|
| Topography Level Size /Pri.Res. Density Adequate for Project View N;Res; | |
| Specific Zoning Classification C-4 Zoning Description Condominium Residential | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming ? Do the zoning regulations permit rebuilding to current density? ☒ Yes ☐ No | |
| ☐ No Zoning ☐ Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | | None | Sanitary Sewer | ☒ | | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☒ Yes ☐ No FEMA Flood Zone AE FEMA Map # 12086C0311L FEMA Map Date 09/11/2009

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

The size, shape and landscaping, is typical of sites in this neighborhood. There are no apparent adverse easements, encroachments, special assessments, or environmental conditions that affect the marketability of the subject property. The subject's proximity to main traffic arteries, expressways and commercial properties do not adversely affect values or marketability in the neighborhood.

Data source(s) for project information MLX, Tax rolls and Public Records

**PROJECT INFORMATION**

Project Description ☐ Detached ☒ Row or Townhouse ☐ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories 2 | Exterior Walls | Cbs/Avg | # of Units - | 150 | # of Phases | 1 | # of Planned Phases | N/A |
| # of Elevators 0 | Roof Surface | Tile/Avg | # of Units Completed | 150 | # of Units | 150 | # of Planned Units | N/A |
| ☒ Existing ☐ Proposed | Total # Parking | Adequate | # of Units For Sale | 1 | # of Units for Sale | 1 | # of Units for Sale | N/A |
| ☐ Under Construction | Ratio (spaces/units) 2/1 | | # of Units Sold | 150 | # of Units Sold | 150 | # of Units Sold | N/A |
| Year Built 1995 | Type | Open | # of Units Rented | 24 | # of Units Rented | 24 | # of Units Rented | N/A |
| Effective Age 8 | Guest Parking | Adequate | # of Owner Occupied Units | 126 | # of Owner Occupied Units | 126 | # of Owner Occupied Units | N/A |

Project Primary Occupancy ☒ Principle Residence ☐ Second Home or Recreational ☐ Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No

Management Group - ☒ Homeowners' Association ☐ Developer ☐ Management Agent - Provide name of management company.

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? ☐ Yes ☒ No If Yes, Describe

Was the project created by the conversion of existing building(s) into a condominium? ☐ Yes ☒ No If Yes, describe the original use and date of conversion.

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? ☒ Yes ☐ No If No, describe

Is there any commercial space in the project? ☐ Yes ☒ No If Yes, describe and indicate the overall percentage of the commercial space.

Freddie Mac Form 465 March 2005 UAD Version 9/2011 Page 1 of 6 Fannie Mae Form 1073 March 2005

Form 1073UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Individual Condominium Unit Appraisal Report
File # 201206-2501-1314B

**PROJECT INFORMATION**

Describe the condition of the project and quality of construction.  The project appears to be of a good quality. Dwelling is all CBS/Stucco of an average quality which comply with the county's building codes for that particular type of construction. The subject building is the average condominium project in the area.

Describe the common elements and recreational facilities.  Common ground and Green areas.

Are any common elements leased to or by the Homeowners' Association?  ☐ Yes  ☒ No  If Yes, describe the rental terms and options.

Is the project subject to a ground rent?  ☐ Yes  ☒ No  If Yes, $ _____ per year (describe terms and conditions)

Are the parking facilities adequate for the project size and type?  ☒ Yes  ☐ No  If No, describe and comment on the effect on value and marketability.

**PROJECT ANALYSIS**

I ☐ did  ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed.  The project budget information was not provided to the appraiser.

Are there any other fees (other than regular HOA charges) for the use of the project facilities?  ☐ Yes  ☒ No  If Yes, report the charges and describe.  None

Compared to other competitive projects of similar quality and design, the subject unit charge appears  ☐ High  ☒ Average  ☐ Low  If High or Low, describe

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser?
☐ Yes  ☒ No  If Yes, describe and explain the effect on value and marketability.  Appraiser was not provided with a copy of condominium documents or current budget.

**UNIT DESCRIPTION**

Unit Charge $ 142  per month X 12 = $ 1,704.00  per year  Annual assessment charge per year per square feet of gross living area = $ 1.46
Utilities included in the unit monthly assessment  ☐ None  ☐ Heat  ☐ Air Conditioning  ☐ Electricity  ☐ Gas  ☐ Water  ☐ Sewer  ☐ Cable  ☒ Other (describe)
Exterior Insurance and common areas electricity.

| General Description | Interior | materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|---|
| Floor # 1 | Floors | Tile/Carpet/Avg | Fireplace(s) # 0 | ☒ Refrigerator | ☐ None |
| # of Levels 2 | Walls | Drywall/Avg | WoodStove(s) #0 | ☒ Range/Oven | ☐ Garage ☐ Covered ☒ Open |
| Heating Type F.A. Fuel Elctr. | Trim/Finish | Wood/Avg | ☒ Deck/Patio Cvd | ☒ Disp ☐ Microwave | # of Cars 2 |
| ☒ Central AC ☐ Individual AC | Bath Wainscot | Tile/Avg | ☒ Porch/Balcony Cvd | ☒ Dishwasher | ☒ Assigned ☐ Owned |
| ☐ Other (describe) | Doors | Wood/Avg | ☐ Other None | ☒ Washer/Dryer | Parking Space # N/A |
| Finished area above grade contains: | 5 Rooms | 3 Bedrooms | 2.1 Bath(s) | 1,166 Square Feet of Gross Living Area Above Grade | |

Are the heating and cooling for the individual units separately metered?  ☒ Yes  ☐ No  If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.)  No special features were considered on this appraisal.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  C3;Kitchen-not updated;Bathrooms-not updated;No functional or external inadequacies noted. The subject conforms to the neighborhood in terms of age, design and quality of construction. The subject unit appears to be in average condition, it needs no repairs or updating.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe

**PRIOR SALE HISTORY**

I ☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  Public records, Mlx, Isc.
My research ☒ did  ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  Public records, Mlx, Isc.
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | 07/07/2011 |
| Price of Prior Sale/Transfer | | | | $34,200 |
| Data Source(s) | Public Records/Corelogic | Public Records/Corelogic | Public Records/Corelogic | Public Records/Corelogic |
| Effective Date of Data Source(s) | 06/15/2012 | 06/15/2012 | 06/15/2012 | 06/15/2012 |

Analysis of prior sale or transfer history of the subject property and comparable sales.  All information was obtained from the Miami- Dade public records, Isc net. Comparable #3 previous transfer was foreclosure related. However, it does not adversely affect the most recent transaction sales price.

## Individual Condominium Unit Appraisal Report

File # 201206-2501-1314B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are | 19 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 35,000 | | | to $ 189,900 | | |
| There are | 4 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 32,000 | | | to $ 65,000 | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address 2501 NW 26th St | | 815 NW 30th St | | 2600 NW 28th St | | 2600 NW 28th St | |
| Unit # 1314, Miami, FL 33142 | | 7, Miami, FL 33127 | | 206-2, Miami, FL 33142 | | 203-2, Miami, FL 33142 | |
| Project Name and Melrose | | 815 Condo | | Melrose | | Melrose | |
| Phase 1 | | 1 | | 1 | | 1 | |
| Proximity to Subject | | 1.77 miles E | | 0.13 miles NW | | 0.13 miles NW | |
| Sale Price | $ | | $ 32,101 | | $ 52,000 | | $ 59,900 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 32.43 sq. ft. | | $ 55.32 sq. ft. | | $ 63.72 sq. ft. | |
| Data Source(s) | | A#1588389;DOM 75 | | A#1536147;DOM 40 | | A#1556871;DOM 130 | |
| Verification Source(s) | | Agent/Deed/Ext. Observation | | Agent/Deed/Ext. Observation | | Agent/Deed/Ext. Observation | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | REO | | Short | | REO | |
| Concessions | | Cash;0 | 0 | Conv;0 | 0 | Conv;1200 | -1,200 |
| Date of Sale/Time | | s03/12;Unk | 0 | s09/11;Unk | 0 | s02/12;Unk | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 142 | 384 | 0 | 169 | 0 | 142 | |
| Common Elements | As described on | Similar | 0 | Similar | 0 | Similar | 0 |
| and Rec. Facilities | page two | Similar | 0 | Similar | 0 | Similar | 0 |
| Floor Location | 1st & 2nd Floors | 2nd & 3rd Floor | 0 | 1st & 2nd Floors | | 1st & 2nd Floors | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Condo Twnhse | Condo Twnhse | | Condo Twnhse | | Condo Twnhse | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 17 | 21 | 0 | 19 | 0 | 19 | 0 |
| Condition | C3 | C4 | +10,000 | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | 0 | Total Bdrms. Baths | 0 |
| Room Count | 5 3 2.1 | 5 3 2.0 | +2,000 | 4 2 1.1 | +4,000 | 4 2 1.1 | +4,000 |
| Gross Living Area | 1,166 sq. ft. | 990 sq. ft. | +3,520 | 940 sq. ft. | +4,520 | 940 sq. ft. | +4,520 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Conforms | Conforms | | Conforms | | Conforms | |
| Heating/Cooling | Central A/C | Central A/C | | Central A/C | | Central A/C | |
| Energy Efficient Items | None Noticed | None Noticed | | None Noticed | | None Noticed | |
| Garage/Carport | None | Similar | 0 | Similar | 0 | Similar | 0 |
| Porch/Patio/Deck | Yes/Yes/Yes | Similar | 0 | Similar | 0 | Similar | 0 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ⊠ + ☐ - | $ 15,520 | ⊠ + ☐ - | $ 8,520 | ⊠ + ☐ - | $ 7,320 |
| Adjusted Sale Price | | Net Adj. 48.3 % | | Net Adj. 16.4 % | | Net Adj. 12.2 % | |
| of Comparables | | Gross Adj. 48.3 % | $ 47,621 | Gross Adj. 16.4 % | $ 60,520 | Gross Adj. 16.2 % | $ 67,220 |
| Summary of Sales Comparison Approach | See attached addenda. | | | | | | |

Indicated Value by Sales Comparison Approach $ 60,000

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)     The income approach was not required in the scope of work of this assignment.

Indicated Value by: Sales Comparison Approach $ 60,000     Income Approach (if developed) $ _____

Final reliance is given to the Direct Sales Comparison Approach due to the reliability of market data that represents the motives of the typical buyer and seller.

This appraisal is made ⊠ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 60,000 , as of 06/15/2012 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 465 March 2005          UAD Version 9/2011  Page 3 of 6          Fannie Mae Form 1073 March 2005

## Individual Condominium Unit Appraisal Report

File # 201206-2501-1314B

This report form is designed to report an appraisal of a unit in a condominium project or a condominium unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Individual Condominium Unit Appraisal Report

File # 201206-2501-1314B

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Individual Condominium Unit Appraisal Report

File # 201206-2501-1314B

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Jorge M Barrios | Name |
| Company Name Continental Appraisals, Inc. | Company Name |
| Company Address 5355 West 6th Ct | Company Address |
| Hialeah, FL 33012 | |
| Telephone Number (305) 297-4825 | Telephone Number |
| Email Address continentalappraisals@gmail.com | Email Address |
| Date of Signature and Report 06/19/2012 | Date of Signature |
| Effective Date of Appraisal 06/15/2012 | State Certification # |
| State Certification # RD 7332 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # | Expiration Date of Certification or License |
| State FI | |
| Expiration Date of Certification or License 11/30/2012 | SUBJECT PROPERTY |

| | |
|---|---|
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect subject property |
| 2501 NW 26th St | ☐ Did inspect exterior of subject property from street |
| 1314, Miami, FL 33142 | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 60,000 | ☐ Did inspect interior and exterior of subject property |
| LENDER/CLIENT | Date of Inspection _____ |
| Name Owner on Records | |
| Company Name Germania Ortiz | COMPARABLE SALES |
| Company Address N/A | |
| | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection _____ |

# Individual Condominium Unit Appraisal Report

File # 201206-2501-1314B

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address and | 2501 NW 26th St | 1381 NW 31st Ave | | 2145 NW 19th Ter | | 2500 NW 28th St | |
| Unit # 1314, Miami, FL, 33142 | | 1381B, Miami, FL 33125 | | 213, Miami, FL 33125 | | 709-7, Miami, FL 33142 | |
| Project Name and Melrose | | El Batey | | Las Terrazas | | Melrose | |
| Phase 1 | | 1 | | 1 | | 1 | |
| Proximity to Subject | | 1.07 miles SW | | 0.66 miles SE | | 0.12 miles N | |
| Sale Price | $ | | $ 50,000 | | $ 70,000 | | $ 82,000 |
| Sale Price/Gross Liv. Area | $ sq. ft. | $ 40.00 sq. ft. | | $ 76.67 sq. ft. | | $ 87.23 sq. ft. | |
| Data Source(s) | | Mls#M1401225;DOM 700 | | Mls#A1612252;DOM 85 | | Mls#A1633055;DOM 50 | |
| Verification Source(s) | | Agent/Deed/Ext. Observation | | Agent/Deed/Ext. Observation | | Agent/Deed/Ext. Observation | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Short | | ArmLth | | Short | |
| Concessions | | L/SP Ratio92%; | -4,000 | L/SP Ratio92%; | -5,600 | L/SP Ratio92%; | -6,560 |
| Date of Sale/Time | | c04/11 | 0 | Active | 0 | Active | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 142 | 260 | 0 | 128 | 0 | 176 | 0 |
| Common Elements | As described on | Similar | 0 | Similar | 0 | Similar | 0 |
| and Rec. Facilities | page two | Similar | 0 | Similar | 0 | Similar | 0 |
| Floor Location | 1st & 2nd Floors | 1st & 2nd Floors | | 1st & 2nd Floors | | 1st & 2nd Floors | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Condo Twnhse | Condo Twnhse | | Condo Twnhse | | Condo Twnhse | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 17 | 24 | 0 | 13 | 0 | 19 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | 0 | Total Bdrms. Baths | 0 |
| Room Count | 5 3 2.1 | 5 3 2.0 | +2,000 | 4 2 1.1 | +4,000 | 4 2 1.1 | +4,000 |
| Gross Living Area | 1,166 sq. ft. | 1,250 sq. ft. | 0 | 913 sq. ft. | +5,060 | 940 sq. ft. | +4,520 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Conforms | Conforms | | Conforms | | Conforms | |
| Heating/Cooling | Central A/C | Central A/C | | Central A/C | | Central A/C | |
| Energy Efficient Items | None Noticed | None Noticed | | None Noticed | | None Noticed | |
| Garage/Carport | None | Similar | 0 | Similar | 0 | Similar | 0 |
| Porch/Patio/Deck | Yes/Yes/Yes | Similar | 0 | Similar | 0 | Similar | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -2,000 | ☒ + ☐ - $ | 3,460 | ☒ + ☐ - $ | 1,960 |
| Adjusted Sale Price | | Net Adj. 4.0 % | | Net Adj. 4.9 % | | Net Adj. 2.4 % | |
| of Comparables | | Gross Adj. 12.0 % $ | 48,000 | Gross Adj. 20.9 % $ | 73,460 | Gross Adj. 18.4 % $ | 83,960 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | 06/29/2010 |
| Price of Prior Sale/Transfer | | | | $0 |
| Data Source(s) | Public Records/Corelogic | Public Records/Corelogic | Public Records/Corelogic | Public Records/Corelogic |
| Effective Date of Data Source(s) | 06/15/2012 | 06/15/2012 | 06/15/2012 | 06/15/2012 |

Analysis of prior sale or transfer history of the subject property and comparable sales    All information was obtained from the Miami-Dade public records and
Corelogic.

Analysis/Comments    At the time of inspection and appraisal report, the listed active and closed comparable sales utilized were considered the best,
and most recent sales in the subject market area from a limited inventory, they well supported the estimated value of the subject property.
Comparable listings are provided as additional support to the individual adjustment and opinion of value, although no weight was given to them in
the reconciliation process. The appraiser performed an analysis of the list to sales price ratio of the previous 12 months in the subject's market
area; which supported the assessed adjustments for this variance (-8%). It has been generally stable and normally fluctuating near 100%. The
median list to sales price ratios shown on the market conditions addendum are the result of median values calculations instead of a comprehensive
analysis. However, they work as an indicator and supports the existing market trends. All dissimilarities were proportionally adjusted according to
market reaction.

Freddie Mac Form 465 March 2005                    UAD Version 9/2011                    Fannie Mae Form 1073 March 2005

Form 1073UAD.(AC) --- *WinTOTAL* appraisal software by a la mode, inc. --- 1-800-ALAMODE

## Market Conditions Addendum to the Appraisal Report

File No. 201206-2501-1314B

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 2501 NW 26th St | | City Miami | | State FL | ZIP Code 33142 |
|---|---|---|---|---|---|---|

Borrower    N/A

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 1 | 0 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 0.33 | - | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | 6 | 6 | 7 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 12.0 | 18.2 | | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 60,000 | 59,900 | - | ☐ Increasing | ☒ Stable | ☒ Declining |
| Median Comparable Sales Days on Market | 29 | 38 | - | ☐ Declining | ☒ Stable | ☒ Increasing |
| Median Comparable List Price | 82,000 | 70,000 | 82,000 | ☒ Increasing | ☒ Stable | ☒ Declining |
| Median Comparable Listings Days on Market | 77 | 77 | 77 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 102.63% | 105.97% | 92% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Seller concessions have not been a considerable factor in the past 12 months. There has not been reported, but very few comparable sale with seller contributions of approximately 3% or less in the area along the past 12 months. They are not predominant in the subject's neighborhood, and the few transactions involving seller contributions towards the buyer's closing costs have had no significant affect on the subject's neighborhood trends and conditions. The average home is purchased with the use of cash and conventional financing with occasional seller concessions.

Are foreclosures (REO sales) a factor in the market?    ☒ Yes    ☐ No    If yes, explain (including the trends in listings and sales of foreclosed properties).

Although the REO inventory has seen a gradual contraction together with the sales activity throughout the past 12 months, Short Sales activity has behaved slightly different, and have moderately increased to a predominant position. In each of the analyzed periods, REO activity has not been as intense as that of Short and typical sales. Together with the limited REO inventory, the relatively stable listings inventory and sustained sales activity, median values have experienced certain stability.

Cite data sources for above information.    South Florida Mls

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The inventory and overall trends analysis on this form is generally consistent with the data in the neighborhood and market trends section of the appraisal report. It is considered to be reliable, its accuracy depends on the data contained in the sources, mostly the MLS system. As stated, the subject's housing market has seen certain stability of the median values throughout the analyzed 12 months period. The stable value trend has been caused in part by the also generally stable inventory. Since available properties is slightly larger than closed sales, the oversupply is still and issue in the neighborhood. The monthly housing supply and absorption rate experienced a moderate increment and decline respectively. All factors contained in this form have an impact on the final opinion of value rendered in this assignment.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | Condominium | | Project Name: Westland-Eden Gardens | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | 1 | 1 | - | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 0.17 | 0.33 | - | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Active Comparable Listings | 1 | 1 | 1 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | 5.9 | 3.0 | | ☐ Declining | ☐ Stable | ☒ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☒ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.    Foreclosure sales were not a greater factor in the project at the time of the appraisal as they were in the entire housing market.

Summarize the above trends and address the impact on the subject unit and project.    The subject's project have behaved paralleled to the neighborhoods' general trends and conditions. Sale activity has slightly reduced and the available inventory has remained generally stable.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name    Jorge M Barreto | | Supervisory Appraiser Name | |
| Company Name    Continental Appraisals, Inc. | | Company Name | |
| Company Address    5355 West 6th Ct, Hialeah, FL 33012 | | Company Address | |
| State License/Certification #  RD 7332 | State  Fl | State License/Certification # | State |
| Email Address    continentalappraisals@gmail.com | | Email Address | |

Freddie Mac Form 71  March 2009          Page 1 of 1          Fannie Mae Form 1004MC  March 2009

## Supplemental Addendum

File No. 201206-2501-1314B

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2501 NW 26th St | | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33142 | |
| Lender/Client | Germania Ortiz | | | | |

**SUBJECT SECTION**
"No additional comments".

**CONTRACT SECTION**
"No additional comments".

**NEIGHBORHOOD SECTION COMMENT ON MARKET CONDITION**
-Comment on Market Condition
The subject's housing market has experienced a moderate recovery throughout the past 12 months, which led to the currently stable trend despite of the moderate sales activity contraction. This is in some measure was attributed to the sustained sales activity along with the stated reduction of the REO activity in the neighborhood. The current trend has also been influenced by a slight uptrend in the non distressed sales and a non increasing inventory of listings. In addition to the slight variations on the inventory, the oversupply is still an issue due to the stable listings inventory but sustained sales activity. Livable space, project amenities and size have behaved proportional to sales prices. Although there is a limited foreclosure activity, which has been outnumbered by short sales, marketing times still range under 90 days as a general pattern for the area.

**SITE SECTION**
"No additional comments".

**IMPROVEMENTS SECTION**
"No additional comments".

**COMMENT ON SQUARE FOOTAGE**
"No additional comments".

**SALES COMPARISON APPROACH SECTION**
"No additional comments".

**COMPARABLE COMMENTS**
"No additional comments".

**SUBJECT/COMPARABLE SALES HISTORY**
"No additional comments".

**SUMMARY OF SALES COMPARISON**
"No additional comments".

**COST APPROACH**
"No additional comments".

**COMMENT ON LAND TO VALUE**
"No additional comments".

**MARKET CONDITIONS "1004MC"**
"No additional comments".

**Scope of The Appraisal**
The appraisal is based on the information gathered by the appraiser from public records,
other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in this report nor was used as a basis for the value conclusion.
Physical depreciation is based on the estimated effective age of the subject property, and consideration of deferred maintenance. Functional and/or external depreciation if present, is specifically addressed in the appraisal report or addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

**HIGHEST AND BEST USE**
The Highest and Best Use of a site is that reasonable and probable use that supports the highest present value, as defined, as of the effective date of the appraisal. For improvements to represents the highest and best use of a site, they must be legally permitted, be financially feasible, be physically possible and provided more profit than any other use of the site would generate.

**CONDITION OF COMPONENTS**
Any opinion expressed in this appraisal pertaining to the condition of the appraised property's, or comparable property's components, is based on observation made at the time of inspection. They rely on visual indicators as well as reasonable expectations as to adequacy and dictated by neighborhood standards relative to marketability. These observations do not constitute certification of condition, including roof or termite problems, which may exist. If certification is required, a properly licensed or qualified individual should be consulted.
The appraiser is not a home inspector, the report should not be considered a Home Inspection Report.

**DIGITAL PHOTOGRAPHS**
Digital photographs taken of the subject property and sales comparables were not enhanced or altered in any way, shape or form

**PROPERTY RIGHTS APPRAISED**
The property rights being appraised here are "Fee Simple" . Fee Simple means: An absolute fee, a fee without limitations to any particular class of heirs or restrictions, but subject to the limitations of eminent domain, escheat, police power and taxation. An inheritable estate.

**DATE OF APPRAISAL**
The date of the appraisal is the date of the last site inspection of the subject property.

**SUBJECT'S SKETCH**
All measurements of the subject's improvements have been rounded and the appraiser has tried to determine actual measurements as accurately as possible. This is not a survey and is not to be interpreted as a survey of the subject property.

## Supplemental Addendum

File No. 201206-2501-1314B

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2501 NW 26th St | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33142 |
| Lender/Client | Germania Ortiz | | | | |

**• Condo : Sales Comparison - Summary of Sales Comparison Approach**
The subject property and all comparable sales are condo townhome units with the most similar square footage, bed/bath count, design, appeal, quality of construction, location, project amenities and functional utility. The used comparable were the most similar and recent from the limited available sales inventory at the time of the appraisal. They are also considered the best and most accurate indicators of the current market trends and conditions as well as values for similar units in the neighborhood. Some similar units have been purchased with the use of cash and no financing. However, due to the recent stabilization of the area's trends and median values, conventional financing transactions have been increasing. The subject property and comparable sales are units from the same and competing projects with similar amenities and features, given the limited availability of similar properties with the same bed/bath count regardless of distance which does not constitute a factor in the assignment. The same availability issues and relatively low sales prices made the appraiser to extend the search criteria over 1 mile and adjustments guidelines to exceed the typical 15%-25%, although with no affect on values or marketability. All comparables were equally analyzed to estimate an opinion of market value for the subject unit and no weight or special consideration was given any comparable. They are the best representation of the subject in the area and consistent with median values in the neighborhood. Since the subject's housing market has seen no decline of median values throughout the past 12 months, no time adjustments were considered necessary. Due to the stated lack of similar sales along the past 12 months, all used comparables were appropriately adjusted according to market reactions for existing variances. Comparable #1 is the only and most recent 3/2 within the past 12 months, it was adjusted for condition and living area. Comparables #2 and #3 are the only sales from the same project within 12 months, they are both 2 bedroom/1.1 bathrooms townhome condo units for which necessary adjustments were assessed in order to best support the estimated opinion of market value.

**Comment on Security Bars**
The subject property has security bars on windows, but they all have the safety device features to comply with county and fire department codes.

File No.   201206-2501-1314B

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Condition Ratings and Definitions**

**C1**

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*\*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Quality Ratings and Definitions**

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Quality Ratings and Definitions (continued)**

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

**Definitions of Not Updated, Updated, and Remodeled**

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

**Explanation of Bathroom Count**

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

### Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Main File No. 201206-2501-1314B Page #15

File No.    201206-2501-1314B

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

**Other Appraiser-Defined Abbreviations (continued)**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Form UADDERNE2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 201206-2501-1314B   Page #16

## Photograph Addendum

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2501 NW 26th St | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code 33142 |
| Lender/Client | Germania Ortiz | | | | |

 

Subject Front View                              Subject Rear View

 

Subject Front View                              Subject Front View

 

Subject Street View                             Subject Street View

Main File No. 201206-2501-1314B| Page #17

## Subject Photograph Addendum (Interior)

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2501 NW 26th St | | | | | |
| City | Miami | County | Miami-Dade | State FL | Zip Code | 33142 |
| Lender/Client | Germania Ortiz | | | | | |



**Livingroom**



**Dining area**



**Kitchen**



**Half Bath**



**Bathroom**



**Master Bathroom**

## Subject Photograph Addendum

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2501 NW 26th St | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code | 33142 |
| Lender/Client | Germania Ortiz | | | | |



**Bedroom**



**Bedroom**



**Master Bedroom**



**Safety Device**



**Safety Device**



**Safety Device**

**Building Sketch**

| | | | | |
|---|---|---|---|---|
| Borrower/Client | N/A | | | |
| Property Address | 2501 NW 26th St | | | |
| City | Miami | County  Miami-Dade | State  FL | Zip Code  33142 |
| Lender/Client | Germania Ortiz | | | |



| Area Calculations Summary | | |
|---|---|---|
| **Living Area** | | **Calculation Details** |
| First Floor | 455 Sq ft | 7 × 5  =  35 |
| | | 30 × 14 =  420 |
| Second Floor | 688 Sq ft | 21 × 11 =  231 |
| | | 7 × 5  =  35 |
| | | 14 × 30 =  420 |
| Open space/Stairs | -45 Sq ft | 3 × 15  =  45 |
| Third Floor | 35 Sq ft | 5 × 7  =  35 |
| Undefined Area | 35 Sq ft | 5 × 7  =  35 |
| **Total Living Area (Rounded):** | **1166 Sq ft** | |
| **Non-living Area** | | |
| Concrete Patio | 31.5 Sq ft | 9 × 3.5 = 31.5 |
| Concrete Patio | 31.5 Sq ft | 3.5 × 9 = 31.5 |

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 2501 NW 26th St |
| City | Miami |
| County | Miami-Dade |
| State | FL |
| Zip Code | 33142 |
| Lender/Client | Germania Ortiz |



### Comparable 1

815 NW 30th St

| | |
|---|---|
| Prox. to Subject | 1.77 miles E |
| Sale Price | 32,101 |
| Gross Living Area | 990 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | /Pri.Res. |
| Quality | Q4 |
| Age | 21 |



### Comparable 2

2600 NW 28th St

| | |
|---|---|
| Prox. to Subject | 0.13 miles NW |
| Sale Price | 52,000 |
| Gross Living Area | 940 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | /Pri.Res. |
| Quality | Q4 |
| Age | 19 |



### Comparable 3

2600 NW 28th St

| | |
|---|---|
| Prox. to Subject | 0.13 miles NW |
| Sale Price | 59,900 |
| Gross Living Area | 940 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | Lake/Residential |
| Site | /Pri.Res. |
| Quality | Q4 |
| Age | 19 |

## Comparable Photo Page

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2501 NW 26th St | | | | |
| City | Miami | County Miami-Dade | State FL | Zip Code 33142 |
| Lender/Client | Germania Ortiz | | | | |



### Comparable 4
1381 NW 31st Ave
| | |
|---|---|
| Prox. to Subject | 1.07 miles SW |
| Sales Price | 50,000 |
| Gross Living Area | 1,250 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | /Pri.Res. |
| Quality | Q4 |
| Age | 24 |



### Comparable 5
2145 NW 19th Ter
| | |
|---|---|
| Prox. to Subject | 0.86 miles SE |
| Sales Price | 70,000 |
| Gross Living Area | 913 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | /Pri.Res. |
| Quality | Q4 |
| Age | 13 |



### Comparable 6
2500 NW 28th St
| | |
|---|---|
| Prox. to Subject | 0.12 miles N |
| Sales Price | 82,000 |
| Gross Living Area | 940 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | /Pri.Res. |
| Quality | Q4 |
| Age | 19 |

## Location Map

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 2501 NW 26th St | | | | |
| City | Miami | County Miami-Dade | | State FL | Zip Code 33142 |
| Lender/Client | Germania Ortiz | | | | |

