UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

Julio C. Ortiz                                    Case No. 12-24913-LMI

　　　Debtor                                   Chapter 13
_____/

## MOTION FOR VIOLATION OF THE AUTOMATIC STAY AGAINST CREDITOR, NATIONSTAR MORTGAGE, LLC (LOAN NO. XXXXX9996)

**COMES NOW**, the debtor, Julio C. Ortiz, (hereinafter referred to as "Debtor") by and through undersigned counsel and files this Motion for Violation of the Automatic Stay against creditor, NastionStar Mortgage, LLC (Loan No. XXXXXX9996) and as grounds thereof states the following:

1. The Debtor filed a chapter 13 bankruptcy case on June 19, 2012, case no. 12-24913-LMI.

2. Creditor, NationStar Mortgage, LLC with Loan No. XXXXXXX9996) was properly listed on debtor's schedule D, in the Statement of Financial Affairs and in debtor's chapter 13 plan from the inception of the case. (See attached Composite Exhibit "A")

3. Creditor, NationStar Mortgage, LLC (Loan No. XXXXXXXX9996)  is being paid via the debtor's chapter 13 plan since the inception of the instant case.

4. On June 20, 2012, creditor, NationStar Mortgage, LLC was served with a Motion to Value via certified mail (DE#11).

5. On June 27, 2012, creditor, NationStar Mortgage, LLC filed a request for service of notice (DE#20).

6. On July 10, 2012, creditor, NationStar Mortgage, LLC filed a notice of appearance (DE#21).

7. On or about October 23, 2012, creditor, NationStar Mortgage, LLC filed a Motion for Default against the debtor (Civil Case No. 2011-19786-CA-01) (See attachedMotion hereto as Exhibit "B".

8. Creditor, NationStar Mortgage, LLC violated debtor's automatic stay.

9. Undersigned counsel is requesting that he be awarded fees and costs in the total amount of $6,000.00 (six thousand dollars) which consists of $1,500.00 for debtor restitution and $4,500.00 for attorney fees and costs.

**WHEREFORE,** Undersigned counsel prays that this Honorable Court enter an Order Granting debtor's Motion for Violation of the automatic Stay against creditor NationStar Mortgage, LLC and award undersigned counsel the total sum of $6,000.00 and any other relief this Court finds proper and just.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and regular US mail this 13th day of December 2012: to all parties on the service list.

Respectfully Submitted:

**ALEJANDRO SIXTO, P.A.**
Attorney for Debtor
900 W 49 Street
Suite 410
Hialeah, FL 33012
Tel. (305) 558-0460

By:*/s/Alejandro Sixto*
      Alejandro Sixto, Esq., FBN#653756

Service List:

Nancy Herkert, Trustee
ECF Registrante

NationStar Mortgage, LLC
c/o Robertson, Anschutz & Schneid, P.L.
3010 N. Military Trail, Suite 300
Boca Raton, FL 33431

B6D (Official Form 6D) (12/07)

In re **Julio Cesar Ortiz**

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **Unit 1314**<br><br>M.G.C. Management, Inc<br>c/o Eisinger, Brown, Lewis, Frankel & Chalet, P.A.<br>4000 Hollywood Blvd, Suite 265-S<br>Hollywood, FL 33021 | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Condo Association**<br>COLLATERAL:<br>**2501 NW 26th St, Unit 1314, Miami, FL 33145**<br>REMARKS:<br>**MELROSE TOWNHOMES CONDO UNIT 1314 BLDG 13 Condo: 2501 NW 26 St, Unit 1314Miami, FL 33145 UNDIV 1/150 INT IN COMMON ELEMENTS OFF REC 16316-1296 COC 26394-0999 05** | | | | $6,094.40 | |
| | | | **2008 5**<br>**Retainning the property** | | | | | |
| | | | VALUE:       **$60,000.00** | | | | | |
| ACCT #: 245709996<br><br>Nationstar Mortgage LI<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 | | H | DATE INCURRED:   **08/2006**<br>NATURE OF LIEN:<br>**Non-Homestead**<br>COLLATERAL:<br>**2501 NW 26 Street 1314 Miami FL 33142**<br>REMARKS:<br>**MELROSE TOWNHOMES CONDO UNIT 1314 BLDG 13 UNDIV 1/150 INT IN COMMON ELEMENTS OFF REC 16316-1296 COC 26394-0999 05 2008 5 Retainning the property** | | | | $198,072.00 | $138,072.00 |
| | | | VALUE:       **$60,000.00** | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $204,166.40 | $138,072.00 |
| | | | Total (Use only on last page) > | | | | | |

___1___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

COMPOSITE EXHIBIT "A"

B6D (Official Form 6D) (12/07) - Cont.
In re **Julio Cesar Ortiz**

Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 245709997<br><br>Nationstar Mortgage LI<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 | | H | DATE INCURRED: 08/18/2006<br>NATURE OF LIEN:<br>2nd Mortgage/Non-Homestead<br>COLLATERAL:<br>2501 NW 26 #1314 Miami FL 33142<br>REMARKS:<br>MELROSE TOWNHOMES CONDO UNIT 1314 BLDG 13 UNDIV 1/150 INT IN COMMON ELEMENTS OFF REC 16316-1296 COC 26394-0999 05 2008 5 Retainning the property | | | | $48,464.00 | $48,464.00 |
| | | | VALUE: $60,000.00 | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $48,464.00 |
| Total (Use only on last page) > | $252,630.40 |

| | |
|---|---|
| $48,464.00 | |
| $186,536.00 | |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B7 (Official Form 7) (12/12)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   **Julio Cesar Ortiz**                                    Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | Debtor does not file taxes. |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank National Association vs.** **Julio C. Ortiz** **Case # 12-5729-CA-32** | Foreclosure | In the Circuit Court of the Eleventh Judicial Circuit In and For Miami-Dade County, FL | LIS PENDENS |

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   Julio Cesar Ortiz

Case No. _____
                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| Melrose Townhomes Condo<br>vs.<br>Ortiz, Julio<br>Case # 2011-34643-CA-01 | Foreclosure | In the Circuit Court of<br>the Eleventh<br>Judicial Circuit In and<br>For Miami-Dade County,<br>FL | Settlement Agreement |
| Nationstar Mortagage<br>vs.<br>Ortiz, Julio<br>Case # 2011-19786-CA-01 | Foreclosure | In the Circuit Court of<br>the Eleventh<br>Judicial Circuit In and<br>For Miami-Dade County,<br>FL | Lis Pendens |
| CACH<br>vs<br>Ortiz, Julio<br>Case # 2010-5265-CC-05 | Complaint | In the Circuit Court of<br>the Eleventh<br>Judicial Circuit In and<br>For Miami-Dade County,<br>FL | |
| Caqpital One Bank<br>vs<br>Ortiz, Julio<br>Case # 2009-6938-SP-25 | | In the Circuit Court of<br>the Eleventh<br>Judicial Circuit In and<br>For Miami-Dade County,<br>FL | Default Final<br>Judgement |
| Arrow Finincial Svcs<br>Vs<br>Ortiz, Julio<br>Case # 2009-21195-SP-23 | | In the Circuit Court of<br>the Eleventh<br>Judicial Circuit In and<br>For Miami-Dade County,<br>FL | Final Judgement |
| US Bank<br>vs.<br>Ortiz, Julio<br>Case # 2008-36521-CA-01 | | In the Circuit Court of<br>the Eleventh<br>Judicial Circuit In and<br>For Miami-Dade County,<br>FL | Final Judgement |

None
☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None
☑   a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   **Julio Cesar Ortiz**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑ List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Sixto and Associates, P.A.<br>327 East 49 Street<br>Hialeah, FL 33013 | 06/16/2012 | $500.00 |

---

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   **Julio Cesar Ortiz**

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 3

---

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  **Julio Cesar Ortiz**                                   Case No. _____
                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None
☑

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None
☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑

b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (12/12) - Cont.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:  **Julio Cesar Ortiz**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

### 25. Pension Funds

None
☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature _____
                                    of Debtor    *Julio Cesar Ortiz*

Date _____    Signature _____
                                    of Joint Debtor
                                    (if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.:  **12-24913-LMI**

☐ ____1____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:__ Julio C. Ortiz _____          CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-9081 _____          Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ _1,553.16___ for months __1__ to __60__ ;

    B.    $_____ for months _____ to _____ ;

    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $ _500.00_
                 TOTAL PAID   $ _500.00_
                 Balance Due     $ _0.00_ payable $_____ month (Months ____ to __)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1._ M.G.C. Management, Inc _____          Arrearage on Petition Date _____ $ 6,094.40
Address c/o Eisinger, Brown, Lewis, Frankel          Arrears Payment  $ _150.00_ /month (Months _1_ to _12_ )
   & Chalet, P.A. _____          Arrears Payment  $ _89.47_ /month (Months_13_ to _60_ )
   4000 Hollywood Blvd, Suite 265-S          Regular Payment $ _142.00_ /month (Months_1_ to _60_ )
   Hollywood, FL 33021

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| NationStar Mortgage LI Loan No. 245709996 Prop Add: 2501 NW 26 St Unit 1314 Miami, FL 33142 | Non-Homestead Property $60,000.00 | 5.25% | $1,105.85 $1,145.54 | 1 to 12 13 to 60 | $68,256.02 |
| NationStar Mortgage LI (2nd mortgage) Loan No. 245709997 Prop Add: 2501 NW 26 St Unit 1314 Miami, FL 33142 | Non-Homestead Property $60,000.00 | 0.00 | n/a | n/a | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._ n/a _____          Total Due $_____
                           Payable $_____ /month (Months ____ to __)

Unsecured Creditors: Pay $_20.84_ month (Months __13__ to _60_ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above :The debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the forgoing is true and correct.
Alejandro Sixto, Esq
Attorney for debtor
06/19/12



## ROBERTSON ANSCHUTZ & SCHNEID
### L A W   O F F I C E S

James Robertson, Esquire
Member of Texas Bar
Everett Anschutz, Esquire
Member of Texas Bar
David J. Schneid, Esquire
Member of Florida Bar

October 2012

The Honorable Diane Ward
Circuit Court Judge
73 West Flagler Street, Miami, FL 33130

RE:   NATIONSTAR MORTGAGE LLC. v. JULIO ORTIZ, ET AL
        Case No: 2011-19786-CA-01 DIV. 11
        Our File No.: 11-09889

Your Honor:

Enclosed please find a Motion for Default and a proposed Order granting same.  I ask that you please review, and if acceptable, sign the enclosed Order.  I have also attached copies to be conformed by your Judicial Assistant and mailed to the respective parties.

Thank you for your consideration.

Respectfully,

Geoff Levy
Enc.

cc: All Parties

EXHIBIT "B"

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE
COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO: 2011-19786-CA-01 DIV. 11

NATIONSTAR MORTGAGE LLC.,
      Plaintiff,

vs.

JULIO ORTIZ, et. al.
      Defendant(s),

_____/

### MOTION FOR DEFAULT

     Plaintiff by and through its undersigned counsel hereby files this Motion for Default and in support

thereof states:

     1.    Defendant(s), UNKNOWN SPOUSE OF JULIO ORTIZ N/K/A TAPIA ORTIZ, was

properly served on July 2nd, 2011 by Substitute service.

     2.    Defendant(s), UNKNOWN TENANT #1 N/K/A MARIA RAMIREZ, was properly served on

July 12th, 2011 by Individual service.

     3.    Defendant(s), UNKNOWN TENANT #2 N/K/A FELIX RIVERA, was properly served on

July 12th, 2011 by Substitute service.

     4.    The defendant(s) failed to file or serve a pleading or other paper within the time required by

law.

     Wherefore, Plaintiff requests this Court enter an Order of Default as to UNKNOWN SPOUSE OF

JULIO ORTIZ N/K/A TAPIA ORTIZ; UNKNOWN TENANT #1 N/K/A MARIA RAMIREZ; and

UNKNOWN TENANT #2 N/K/A FELIX RIVERA.

          Robertson, Anschutz & Schneid, P.L.
          Attorney for Plaintiff
          3010 N. Military Trail, Suite 300
          Boca Raton, FL 33431
          Telephone: 561-241-6901
          Fax: 561-241-9181

     By: _____

          Geoff Levy, Esquire
          **Service E-mail: mail@rasflaw.com**
          Communication E-mail: glevy@rasflaw.com
          Fla. Bar No. 83392

11-09889

## CERTIFICATE OF SERVICE

**I hereby certify that** a copy of the Motion for Default has been furnished to the parties listed on the attached service list via Mail and/or E-mail in accordance with the corresponding addresses listed therein on this ꞏꞏ day of October_____, 2012.

Robertson, Anschutz & Schneid, P.L.
Attorney for Plaintiff
3010 N. Military Trail, Suite 300
Boca Raton, Florida 33431
Telephone: 561-241-6901
Fax: 561-241-9181

By: _____
Geoff Levy, Esquire
**Service E-mail: mail@rasflaw.com**
Communication Email: glevy@rasflaw.com
Florida Bar No. 83392

## SERVICE LIST

SIXTO & ASSOCIATES, P.A.
Attn: ALEJANDRO L. SIXTO, ESQ
Attorney for JULIO ORTIZ
234 EAST 49 ST
HIALEAH, FL 33013
Primary email: civilpleadings@gmail.com
Secondary e-mail: sixtostu@yahoo.com

UNKNOWN SPOUSE OF JULIO ORTIZ N/K/A TAPIA ORTIZ
128 NW 28 STREET
MIAMI. FL 33127

MELROSE TOWNHOMES CONDOMINIUM ASSOCIATION, INC.
2607 NW 27 AVE  #1101
MIAMI, FL 33142

NATIONSTAR MORTGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC
1201 HAYS STREET
TALLAHASSEE, FL 32301

YINY CRUZ A/K/A YINY A. CRUZ
3460 NW 11 PLACE  #301
MIAMI, FL 33127

GERMANIA ORTIZ
127 NW 28 STREET
MIAIM, FL 33127

UNKNOWN TENANT #1 N/K/A MARIA RAMIREZ
2501 NW 26TH ST  # 1314
MIAMI, FL 33142

UNKNOWN TENANT #2 N/K/A FELIX RIVERA
2501 NW 26TH ST  # 1314
MIAMI, FL 33142

11-09889

# RETURN OF SERVICE

**State of FL**                    **County of Miami-Dade**                    **Court**

Case Number: 11-19786 CA 11

Plaintiff:
**NATIONSTAR MORTGAGE LLC**

vs.

Defendant:
**JULIO ORTIZ, UNKNOWN SPOUSE OF JULIO ORTIZ, MELROSE TOWNHOMES CONDOMINIUM ASSOCIATION, INC., NATIONSTAR MORTGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, YINY CRUZ A/K/A YINY A. CRUZ, GERMANIA ORTIZ, UNKNOWN TENANT #1, UNKNOWN TENANT #2**

For:
Jonathan Meisels, Esq.
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
3010 North Military Trail
3rd Floor
Boca Raton, FL  33431

Received by Caplan, Caplan and Caplan on the 27th day of June, 2011 at 11:01 am to be served on **UNKNOWN TENANT #1, 2501 NW 26TH ST, # 1314, MIAMI, FL 33142**

I, DWAYNE BATTLE, do hereby affirm that on the **12th day of July, 2011** at **8:35 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Notice Of Lis Pendens, Plaintiff's Certificate Settlement Authority, Verified Complaint For Foreclosure Of Mortgage** with the date, hour and intials of service endorsed thereon by me, to: **UNKNOWN TENANT #1 AKA MARIA RAMIREZ** at the address of: **2501 NW 26TH ST, # 1314, MIAMI, FL 33142**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: HISPANIC, Height: 5'4, Weight: 150, Hair: BLACK, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2), no notary is required.

**DWAYNE BATTLE**
1517

**Caplan, Caplan and Caplan**
**172 West Flagler St., #320**
**Miami, FL 33130**
**(305) 374-3426**

Our Job Serial Number: CPN-2011030091
Ref: 11-09889

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4r

# RETURN OF SERVICE

**State of FL**                              **County of Miami-Dade**                              **Court**

Case Number: 11-19786 CA 11

Plaintiff:
**NATIONSTAR MORTGAGE LLC**

vs.

Defendant:
**JULIO ORTIZ, UNKNOWN SPOUSE OF JULIO ORTIZ, MELROSE
TOWNHOMES CONDOMINIUM ASSOCIATION, INC., NATIONSTAR
MORTGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, YINY
CRUZ A/K/A YINY A. CRUZ, GERMANIA ORTIZ, UNKNOWN TENANT
#1, UNKNOWN TENANT #2**

For:
Jonathan Meisels, Esq.
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
3010 North Military Trail
3rd Floor
Boca Raton, FL  33431

Received by Caplan, Caplan and Caplan on the 27th day of June, 2011 at 11:01 am to be served on **UNKNOWN
TENANT #2, 2501 NW 26TH ST, # 1314, MIAMI, FL 33142**

I, DWAYNE BATTLE, do hereby affirm that on the **12th day of July, 2011** at **8:35 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons, Notice Of Lis Pendens, Plaintiff's Certificate
Settlement Authority, Verified Complaint For Foreclosure Of Mortgage** with the date and hour of service
endorsed thereon by me, to: **MARIA RAMIREZ** as **WIFE** at the address of: **2501 NW 26TH ST, # 1314, MIAMI, FL
33142**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or
older and informed said person of the contents therein, in compliance with state statute F.S. 48.031 on behalf.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
UNKNOWN TENANT #2 AKA FELIX RIVERA

**Description** of Person Served: Age: 36,  Sex: F,  Race/Skin Color: HISPANIC,  Height: 5'4,  Weight: 150,  Hair:
BLACK,  Glasses: N

# RETURN OF SERVICE for 11-19786 CA 11

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.



**DWAYNE BATTLE**
1517

**Caplan, Caplan and Caplan**
**172 West Flagler St., #320**
**Miami, FL 33130**
**(305) 374-3426**

Our Job Serial Number: CPN-2011030092
Ref: 11-09889

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4r

## RETURN OF SERVICE

**State of FL**                      **County of Miami-Dade**                      **Court**

Case Number: 11-19786 CA 11

Plaintiff:
**NATIONSTAR MORTGAGE LLC**

vs.

Defendant:
**JULIO ORTIZ, UNKNOWN SPOUSE OF JULIO ORTIZ, MELROSE TOWNHOMES CONDOMINIUM ASSOCIATION, INC., NATIONSTAR MORTGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC, YINY CRUZ A/K/A YINY A. CRUZ, GERMANIA ORTIZ, UNKNOWN TENANT #1, UNKNOWN TENANT #2**

For:
Jonathan Meisels, Esq.
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
3010 North Military Trail
3rd Floor
Boca Raton, FL  33431

Received by Caplan, Caplan and Caplan on the 27th day of June, 2011 at 11:01 am to be served on **UNKNOWN SPOUSE OF JULIO ORTIZ, 2501 NW 26TH ST, # 1314, MIAMI, FL 33142**

I, DWAYNE BATTLE, do hereby affirm that on the **2nd day of July, 2011** at **1:40 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons, Notice Of Lis Pendens, Plaintiff's Certificate Settlement Authority, Verified Complaint For Foreclosure Of Mortgage** with the date and hour of service endorsed thereon by me, to: **JULIO ORTIZ** as **HUSBAND** at the address of: **128 NW 28 STREET, MIAMI, FL 33127**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statute F.S. 48.031 on behalf.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
UNKNOWN SPOUSE OF JULIO ORTIZ AKA TAPIA ORTIZ

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2), no notary is required.

_____
**DWAYNE BATTLE**
1517

**Caplan, Caplan and Caplan**
**172 West Flagler St., #320**
**Miami, FL 33130**
**(305) 374-3426**

Our Job Serial Number: CPN-2011030090
Ref: 11-09889

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4r

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT, IN AND FOR MIAMI-
DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO: 2011-19786-CA-01 DIV. 11

NATIONSTAR MORTGAGE LLC.,
     Plaintiff,
vs.

JULIO ORTIZ, et. al.
     Defendant(s),
_____/

### ORDER OF DEFAULT

THIS CAUSE having come before the Court on Plaintiff's Motion for Default, and the

Court being fully advised in the premises, it is hereby ORDERED:

    1.    Defendant(s), UNKNOWN SPOUSE OF JULIO ORTIZ N/K/A TAPIA ORTIZ;

UNKNOWN TENANT #1 N/K/A MARIA RAMIREZ; and UNKNOWN TENANT #2 N/K/A

FELIX RIVERA, have been duly served according to law.

    2.    Defendant(s) failed to file or serve an Answer in this action in accordance with

the Florida Rules of Civil Procedure.

    3.    Default is entered against Defendant(s), UNKNOWN SPOUSE OF JULIO

ORTIZ N/K/A TAPIA ORTIZ; UNKNOWN TENANT #1 N/K/A MARIA RAMIREZ; and

UNKNOWN TENANT #2 N/K/A FELIX RIVERA.

    DONE AND ORDERED in Chambers at , Miami-Dade County, Florida, this _____ day of

_____, 2012.


_____
                    Circuit Judge


11-09889

Copies furnished to:

ROBERTSON, ANSCHUTZ, & SCHNEID, PL
3010 NORTH MILITARY TRAIL #300
BOCA RATON, FL 33431

SIXTO & ASSOCIATES, P.A.
ATTN: ALEJANDRO L. SIXTO, ESQ
ATTORNEY FOR JULIO ORTIZ
234 EAST 49 ST
HIALEAH, FL 33013
PRIMARY EMAIL: CIVILPLEADINGS@GMAIL.COM
SECONDARY E-MAIL: SIXTOSTU@YAHOO.COM

UNKNOWN SPOUSE OF JULIO ORTIZ N/K/A TAPIA ORTIZ
128 NW 28 STREET
MIAMI, FL 33127

MELROSE TOWNHOMES CONDOMINIUM ASSOCIATION, INC.
2607 NW 27 AVE  #1101
MIAMI, FL 33142

NATIONSTAR MORTGAGE LLC F/K/A CENTEX HOME EQUITY COMPANY, LLC
1201 HAYS STREET
TALLAHASSEE, FL 32301

YINY CRUZ A/K/A YINY A. CRUZ
3460 NW 11 PLACE  #301
MIAMI, FL 33127

GERMANIA ORTIZ
127 NW 28 STREET
MIAIM, FL 33127

UNKNOWN TENANT #1 N/K/A MARIA RAMIREZ
2501 NW 26TH ST  # 1314
MIAMI, FL 33142

UNKNOWN TENANT #2 N/K/A FELIX RIVERA
2501 NW 26TH ST  # 1314
MIAMI, FL 33142

11-09889

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO. 2011-19786-CA-01 DIV. 11

NATIONSTAR MORTGAGE LLC.
    Plaintiff,

vs.

JULIO ORTIZ, et. al.
    Defendant(s)
_____/

## AFFIDAVIT AS TO NON-MILITARY STATUS

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

    BEFORE ME, the undersigned authority, personally appeared Geoff Levy, who having been duly sworn, deposes and says:

    1.    That he/she is attorney of record for Plaintiff in this action and that he/she is authorized to make this affidavit and has personal knowledge as to the statements being made herein.

    2.    Plaintiff cannot certify the military status of the Defendant(s), UNKNOWN SPOUSE OF JULIO ORTIZ N/K/A TAPIA ORTIZ; UNKNOWN TENANT #1 N/K/A MARIA RAMIREZ; and UNKNOWN TENANT #2 N/K/A FELIX RIVERA, because no social security number could be obtained for these Defendant(s).  However, based upon the personal knowledge of the process server said defendant(s) is/are not believed to be in the military.

    3.    Affiant's knowledge is based upon information provided by the United States Department of Defense Manpower Data Center or by the inquiry conducted by the Plaintiff's process server.

FURTHER AFFIANT SAYETH NAUGHT

_____
Geoff Levy

    Sworn to and subscribed before me, this 22 day of October, 2012, by Geoff Levy who is personally known to me.

_____
Notary Public

KERI SHORT
MY COMMISSION # DD 893874
EXPIRES: February 14, 2013
Bonded Thru Notary Public Underwriters

11-09889