# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **12-24913-LMI**

☐ ____3rd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Julio C. Ortiz            CO-DEBTOR: _____
Last Four Digits of SS#  xxx-xx-9081       Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 1,686.86 for months __1__ to __60__ ;
  B.  $_____ for months _____ to _____ ;
  C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 500.00
                  TOTAL PAID       $ 500.00
                  Balance Due      $ 0.00   payable $_____ month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. M.G.C. Management, Inc              Arrearage on Petition Date $ 6,094.40
Address c/o Eisinger, Brown, Lewis, Frankel   Arrears Payment $ 150.00 /month (Months 1 to 12)
        & Chalet, P.A.                         Arrears Payment $ 89.47 /month (Months 13 to 60)
        4000 Hollywood Blvd, Suite 265-S      Regular Payment $ 142.00 /month (Months 1 to 60)
        Hollywood, FL 33021

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| NationStar Mortgage LI<br>Loan No. 245709996<br>Prop Add: 2501 NW 26 St<br>Unit 1314<br>Miami, FL 33142 | Non-Homestead Property<br>$64,500.00 | 5.25% | $1,226.18<br>$1,224.21 | 1 to 12<br>13 to 60 | $73,475.76 |
| NationStar Mortgage LI<br>(2nd mortgage)<br>Loan No. 245709997<br>Prop Add: 2501 NW 26 St<br>Unit 1314<br>Miami, FL 33142 | Non-Homestead Property<br>$64,500.00 | 0.00 | n/a | n/a | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                          Total Due $_____
                                Payable $_____ /month (Months ___ to ___)

Unsecured Creditors: Pay $ 62.50 month (Months 13 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

I declare that the forgoing is true and correct.
Alejandro Sixto, Esq
Attorney for debtor
01/10/13